

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC, | § | No. 08-22-00108-CV |
| | § | Appeal from the |
| | § | 143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 21-03-23912-CVR) |
| Bayswater Fund III-A LLC, Bayswater Fund III-B LLC, Bayswater Resources LLC, Colburn Oil, LP, Ditto Land Company, LLC, Fall Land & Cattle, LLC, Pegasus Resources, LLC, and Robbins Family Minerals, LP, | § | |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |

**ORDER**

Pending before the Court are the supplemental petitions for permissive appeal filed by Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC. The supplemental petitions are GRANTED and have this day been filed as amended notices of appeal.

IT IS SO ORDERED this 28th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.